This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v. **No. 35,167**

**ERVEY RODRIGUEZ,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**Lisa B. Riley, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
M. Anne Kelly, Assistant Attorney General
Albuquerque, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Becca Salwin, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**SUTIN, Judge.**

{1}     Defendant has appealed from a number of convictions. We recently issued a second notice of proposed summary disposition in which we proposed to affirm in part and reverse in part. Specifically, we proposed to reject Defendant's challenge to the sufficiency of the evidence, but proposed to vacate the sentence and remand for a new sentencing hearing. Defendant has filed a response that confirms his reliance upon the arguments set forth in his first memorandum in opposition. The State has filed a response indicating that it does not oppose our proposed summary disposition.

{2}     Accordingly, for the reasons previously stated, we affirm Defendant's convictions, but vacate the sentence and remand for further proceedings.

{3}     **IT IS SO ORDERED.**


_____
                              **JONATHAN B. SUTIN, Judge**


**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**


_____
**M. MONICA ZAMORA, Judge**